IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| (1) GORDON ERNST, | ) | Criminal No. 19-cr-10081-IT |
| (2) DONNA HEINEL, | ) | |
| (3) LAURA JANKE, | ) | |
| (4) ALI KHOSROSHAHIN, | ) | FILED UNDER SEAL |
| (5) STEVEN MASERA, | ) | |
| (6) MIKAELA SANFORD, | ) | |
| (7) MARTIN FOX, | ) | |
| (8) IGOR DVORSKIY, | ) | |
| (9) LISA "NIKI" WILLIAMS, | ) | |
| (10) WILLIAM FERGUSON, | ) | |
| (11) JORGE SALCEDO, and | ) | |
| (12) JOVAN VAVIC, | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the Notices of Appearance for Justin D. O'Connell, Kristen A. Kearney, and Leslie A. Wright and this Motion until the Indictment in this matter is unsealed. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case, as well as the government's ability to arrest the defendants.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Kristen A. Kearney*
Kristen A. Kearney
Assistant U.S. Attorney

Date: March 7, 2019