UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>)<br>(1)   GORDON ERNST,                      )<br>(2)   DONNA HEINEL,                     )<br>(3)   LAURA JANKE,                       )<br>(4)   ALI KHOSROSHAHIN,           )<br>(5)   STEVEN MASERA,                 )<br>(6)   MIKAELA SANFORD,            )<br>(7)   MARTIN FOX,                        )<br>(8)   IGOR DVORSKIY,                  )<br>(9)   LISA "NIKI" WILLIAMS,        )<br>(10)  WILLIAM FERGUSON,          )<br>(11)  JORGE SALCEDO, and           )<br>(12)  JOVAN VAVIC,                       )<br>)<br>              Defendants.                   )<br>) | Criminal No. 19-CR-10081 |

### **DEFENDANT DONNA HEINEL'S MOTION TO CONTINUE**

Defendant Donna Heinel respectfully requests that the Court continue the date for her initial appearance until any day during the week of April 8, 2019, preferably. As grounds for her Motion, Ms. Heinel states that her counsel, Nina Marino, will be traveling out of state on March 25, 2019, which is the current date set for Ms. Heinel's initial appearance.

Counsel for the government has informed defense counsel that the government takes no position on this Motion.

Respectfully submitted,

DONNA HEINEL,
By her attorneys,

  /s/   *Michelle R. Peirce*
Michelle R. Peirce (BBO# 557316)
BARRETT & SINGAL, P.C.
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone:  (617) 720-5090
mpeirce@barrettsingal.com

Nina Marino (admitted *pro hac* vice)
KAPLAN MARINO
9454 Wilshire Boulevard, Suite 902
Beverly Hills, CA 90212
Telephone: (310) 557-0007
Marino@kaplanmarino.com

Dated:  March 22, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on March 22, 2019.

  /s/   *Michelle R. Peirce*
Michelle R. Peirce