## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 19-CR-10081 |
| GORDON ERNST, *et al.*, | ) ) | ORAL ARGUMENT REQUESTED |
| Defendants. | ) ) ) | |

### DONNA HEINEL'S MOTION TO DISMISS INDICTMENT PURSUANT TO FEDERAL RULES OF PROCEDURE 12(b)(3)(B)(v)

Defendant Donna Heinel respectfully moves this Court to dismiss the Indictment (Dkt. No. 1) pursuant to Federal Rules of Criminal Procedure 12(b)(3)(B)(v) for failure to state an offense. Dr. Heinel has filed an accompanying memorandum in support of her motion pursuant to Local Rules 112.1 and 7.1.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rules 112.1 and 7.1(d), Dr. Heinel respectfully requests that oral argument be scheduled on this motion.

WHEREFORE, as further set out in the accompanying memorandum of law, Dr. Heinel respectfully moves this Court to dismiss the Indictment. (Dkt. No. 1.)

Dated:  October 15, 2019          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 */s/   Nina Marino*
　　　　　　　　　　　　　　　　　　　NINA MARINO (CA Bar No. 142814)
　　　　　　　　　　　　　　　　　　　KAPLAN MARINO, P.C.
　　　　　　　　　　　　　　　　　　　9454 Wilshire Blvd., Ste. 902
　　　　　　　　　　　　　　　　　　　Beverly Hills, CA 90212
　　　　　　　　　　　　　　　　　　　Telephone:  (310) 557-0007
　　　　　　　　　　　　　　　　　　　marino@kaplanmarino.com
　　　　　　　　　　　　　　　　　　　(Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　Counsel for Dr. Donna Heinel

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with counsel for the government and the government, by and through AUSA Eric Rosen, does not agree with the relief requested.

/s/   Nina Marino
NINA MARINO
Counsel for Dr. Donna Heinel

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 15, 2019.

/s/   Nina Marino
NINA MARINO
Counsel for Dr. Donna Heinel