# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-CR-10081 |
| ) | |
| GORDON ERNST, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DONNA HEINEL'S MOTION TO JOIN JOVAN VAVIC'S MOTION TO DISMISS INDICTMENT

Defendant Donna Heinel moves to join the motion to dismiss filed by Defendant Jovan Vavic pursuant to Fed. R. Crim. P. 12(b)(3)(B) (Dkt. No. 264) in the above-captioned case. Mr. Vavic argues that the Indictment fails to allege a single RICO Conspiracy among the Enterprise and the various defendants, and that it fails to adequately allege that he joined the alleged RICO Conspiracy. This motion applies equally to Dr. Heinel. Undersigned counsel therefore wishes to advance the same arguments on Dr. Heinel's behalf and requests permission to join in the motion. No prejudice to the government would arise from the allowance of this motion.

Dated: October 22, 2019

Respectfully submitted,

  /s/   Nina Marino
NINA MARINO (CA Bar No. 142814)
KAPLAN MARINO, P.C.
9454 Wilshire Blvd., Ste. 902
Beverly Hills, CA 90212
Telephone:  (310) 557-0007
marino@kaplanmarino.com
(Admitted *pro hac vice*)
Counsel for Dr. Donna Heinel

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that, pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court of Massachusetts, counsel for Dr. Heinel conferred with counsel for the United States on October 21, 2019 regarding this motion, and Assistant United States Attorney Eric Rosen informed us that the United States has no objection to Dr. Heinel joining Vavic's motions to dismiss.

                                                                      */s/   Nina Marino*
                                                                      NINA MARINO
                                                                      Counsel for Dr. Donna Heinel

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 22, 2019.

                                                                      */s/   Nina Marino*
                                                                     NINA MARINO
                                                                      Counsel for Dr. Donna Heinel