# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 19-CR-10081 |
| ) | |
| GORDON ERNST, *et al.*, ) | |
| ) | |
| Defendants.  ) | |

## DEFENDANT DONNA HEINEL'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES FOR REVISED MEMORANDUM IN SUPPORT OF MOTION TO DISMISS SUPERSEDING INDICTMENT PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE 12(b)(3)(B)

Pursuant to Local Rule 7.1(b)(4), Defendant Donna Heinel respectfully requests leave to exceed the page limit for a Revised Memorandum in Support of Motion to Dismiss Superseding Indictment Pursuant to Federal Rules of Criminal Procedure 12(b)(3)(B) to be filed on or before December 20, 2019. Heinel anticipates her brief will be no more than 35 pages.

The undersigned has conferred with the government, and counsel for the government has no objection.

WHEREFORE, Heinel respectfully requests that her motion for leave to file excess pages be granted.

Dated: December 12, 2019                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 */s/   Nina Marino*
　　　　　　　　　　　　　　　　　　　　　NINA MARINO (CA Bar No. 142814)
　　　　　　　　　　　　　　　　　　　　　KAPLAN MARINO, P.C.
　　　　　　　　　　　　　　　　　　　　　9454 Wilshire Blvd., Ste. 902
　　　　　　　　　　　　　　　　　　　　　Beverly Hills, CA 90212
　　　　　　　　　　　　　　　　　　　　　Telephone: (310) 557-0007
　　　　　　　　　　　　　　　　　　　　　marino@kaplanmarino.com
　　　　　　　　　　　　　　　　　　　　　(Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Counsel for Dr. Donna Heinel

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with counsel for the government and the government, by and through AUSA Eric Rosen, does not object.

                                                                /s/   *Nina Marino*
                                                                NINA MARINO
                                                                Counsel for Dr. Donna Heinel

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on December 12, 2019.

                                                                /s/   *Nina Marino*
                                                                NINA MARINO
                                                                Counsel for Dr. Donna Heinel