# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-CR-10081 |
| ) | |
| GORDON ERNST, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DONNA HEINEL'S MOTION TO JOIN DEFENDANTS' JOVAN VAVIC'S MOTION TO DISMISS THE SUPERSEDING INDICTMENT AND NIKI WILLIAMS' REVISED MOTION TO DISMISS INDICTMENT

Defendant Donna Heinel moves to join Defendant Jovan Vavic's Motion to Dismiss the Superseding Indictment and section III(C)(2) of Defendant Niki Williams' Revised Motion to Dismiss Indictment pursuant to Fed. R. Crim. P. 12(b)(3)(B) (Dkt. Nos. 333, 334, 326, 327) in the above-captioned case. Mr. Vavic argues that the Superseding Indictment fails to allege a single RICO Conspiracy among the enterprise and the various defendants, and that it fails to adequately allege that Vavic joined the alleged RICO Conspiracy. Similarly, the Superseding Indictment fails to allege a single Conspiracy to Commit Mail and Wire Fraud and Honest Services Mail and Wire Fraud as charged in Count 2. (Dkt. No. 334.) Additionally, Ms. Williams contends that all charges based on honest services fraud fail to state on offense because honest services fraud is unconstitutionally vague as applied to Ms. Williams. (Dkt. No. 327.) These arguments apply equally to Dr. Heinel. Undersigned counsel therefore wishes to advance the same arguments on Dr. Heinel's behalf and requests permission to join in the motion. No prejudice to the government would arise from the allowance of this motion.

//

//

Dated:  January 6, 2020                                            Respectfully submitted,

                                           _/s/    Nina Marino_
                                           NINA MARINO (CA Bar No. 142814)
                                           KAPLAN MARINO, P.C.
                                           9454 Wilshire Blvd., Ste. 902
                                           Beverly Hills, CA 90212
                                           Telephone:  (310) 557-0007
                                           marino@kaplanmarino.com
                                           (Admitted *pro hac vice*)
                                           Counsel for Dr. Donna Heinel

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

       I hereby certify that, pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court of Massachusetts, counsel for Dr. Heinel conferred with counsel for the United States on January 3, 2020 regarding this motion, and Assistant United States Attorney Eric Rosen informed us that the United States has no objection to Dr. Heinel joining Vavic's and Williams' motions to dismiss.

                                           _/s/    Nina Marino_
                                           NINA MARINO
                                           Counsel for Dr. Donna Heinel

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on January 6, 2020.

                                           _/s/    Nina Marino_
                                           NINA MARINO
                                           Counsel for Dr. Donna Heinel