UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GORDON ERNST, *et al.*, )<br>)<br>Defendants. )<br>) | Criminal No. 19-CR-10081 |

**ASSENTED-TO MOTION FOR LEAVE TO FILE EX PARTE AND
UNDER SEAL**

Defendant Dr. Donna Heinel hereby moves for leave to file ex parte and under seal a Motion for Rule 17(c) Pre-Trial Subponea Directed to Creating Answers, LLC. This motion discloses defense strategy and the subpoena returns will likely yield protected and confidential information. (Dkt. No. 165.) The government takes no position on the Rule 17(c) motion.

Dated:  January 13, 2020         Respectfully submitted,


  */s/   Nina Marino*
NINA MARINO (CA Bar No. 142814)
KAPLAN MARINO, P.C.
9454 Wilshire Blvd., Ste. 902
Beverly Hills, CA 90212
Telephone:  (310) 557-0007
marino@kaplanmarino.com


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on January 13, 2020.


  */s/   Nina Marino*
NINA MARINO