**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 19-CR-10081 |
| GORDON ERNST, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ASSENTED-TO MOTION FOR LEAVE TO FILE EX PARTE AND**
**UNDER SEAL**

Defendant Dr. Donna Heinel hereby moves for leave to file ex parte and under seal a Motion for Rule 17(c) Pre-Trial Subpoena Directed to the Key Worldwide Foundation. This motion discloses defense strategy and the subpoena returns will likely yield protected and confidential information. (Dkt. No. 165.)

Dated:  January 13, 2020                              Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　  */s/   Nina Marino*
　　　　　　　　　　　　　　　　　　　　　NINA MARINO (CA Bar No. 142814)
　　　　　　　　　　　　　　　　　　　　　KAPLAN MARINO, P.C.
　　　　　　　　　　　　　　　　　　　　　9454 Wilshire Blvd., Ste. 902
　　　　　　　　　　　　　　　　　　　　　Beverly Hills, CA 90212
　　　　　　　　　　　　　　　　　　　　　Telephone:  (310) 557-0007
　　　　　　　　　　　　　　　　　　　　　marino@kaplanmarino.com


**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on January 13, 2020.


　　　　　　　　　　　　　　　　　　　　　  */s/   Nina Marino*
　　　　　　　　　　　　　　　　　　　　　NINA MARINO