**RICHARD KAPLAN**
**NINA MARINO***
**JENNIFER A. LIESER**
**CASEY CLARK**
**ALLEN G. WEINBERG**, Of Counsel



kaplanmarino.com

kaplan@kaplanmarino.com
marino@kaplanmarino.com
lieser@kaplanmarino.com
clark@kaplanmarino.com
weinberg@kaplanmarino.com

February 19, 2020

**Via Electronic Filing**

Magistrate Judge M. Page Kelley
U.S. District Court for the
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

Re:  <u>USA v. Donna Heinel</u> – Case No.  19-CR-10081

Dear Judge Kelley:

Below documents our attempts to serve subpoenas duly authorized by the U.S. District Court for the District of Massachusetts regarding records related to William Rick Singer's businesses from the Key Worldwide Foundation, the Edge College & Career Network, LLC, and Creating Answers, LLC.  Unfortunately, to date, we have not been able to effect service.

On February 5, 2020, we enlisted ABC Legal to effect service of process on the Custodian of Records for Creating Answers, LLC.  They attempted service on February 9, 2020 at the service of process address provided in their corporate filings with the Secretary of State.  They were unable to effect service because the address was a UPS Store and not a legitimate address for service of process. On February 6, 2020, we enlisted ABC Legal to effect service of process of two subpoenas, one for Key Worldwide Foundation, and the second for the Edge College & Career Network.  They attempted service twice on February 7 and 8, 2020 at an address connected to William Rick Singer which was retrieved from a background search on Westlaw. We did not attempt the address provided in their corporate filings with the Secretary of State because the address was a residence belonging to William Rick Singer which was sold in March 2019.

When ABC Legal was unable to effect service for any of the above entities, we retained their investigative services in an attempt to find another location. They were able to find an alternate location for Creating Answers, LLC and attempted service again on February 12, 2020. They also located an alternate location for the Key Worldwide Foundation and the Edge College & Career Network, LLC and attempted service on February 12, 2020. After ABC Legal notified Kaplan Marino that they were still unable to effect service for any of the entities, we requested assistance from John Brown & Associates, a private investigator.  After a two-day investigation, he was unable to locate any alternate addresses.

9454 Wilshire Blvd., Suite 902
Beverly Hills, CA 90212

T  310.557.0007
F  310.861.1776

*Certified Specialist Criminal Law
CA Board of Legal Specialization

Judge Kelley
Page 2
February 19, 2020



      We are informed by Attorney Donald Heller, counsel for William Rick Singer, that the government has in their possession the documents we have been attempting to obtain.[1] The government has not produced the materials in discovery.

      Sincerely,

      KAPLAN MARINO, P.C.

      /s/

      NINA MARINO

---

[1] Mr. Heller also advised us he will not accept service for Mr. Singer.