RICHARD KAPLAN
NINA MARINO*
JENNIFER A. LIESER
CASEY CLARK
ALLEN G. WEINBERG, Of Counsel


kaplanmarino.com

kaplan@kaplanmarino.com
marino@kaplanmarino.com
lieser@kaplanmarino.com
clark@kaplanmarino.com
weinberg@kaplanmarino.com

March 20, 2020

**Via Electronic Filing**

Magistrate Judge M. Page Kelley
U.S. District Court for the
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re: *United States v. Donna Heinel* – Case No. 19-CR-10081-IT-2

Judge Kelley:

    This letter serves as a follow up to our February 19, 2020 letter regarding our inability to effectuate service on Creating Answers, LCC, the Edge College & Career Network, LLC, and the Key Worldwide Foundation. (Dkt. No. 395.)

    On March 16, 2020, the government produced Quickbook files for the Edge College & Career Network, LLC and the Key Worldwide Foundation. This production covers only a portion of the documents and records we seek from the above entities.

    Attached to this letter is a letter sent concurrently to the government requesting production of all records in their possession obtained from Creating Answers, LLC; The Key Worldwide Foundation ("KWF"); and The Edge College & Career Network, LLC.

                             Respectfully submitted,
                             KAPLAN MARINO, P.C.

                             /s/

                             NINA MARINO

Exhibit