UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        Plaintiff, )<br>                        )<br>v.                          )<br>                        )<br>(2)  DONNA HEINEL, )<br>        Defendant. ) | Criminal No. 19-10081-IT |

## UNITED STATES' BILL OF PARTICULARS
## FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

Pursuant to, and without limiting in any manner the Forfeiture Allegations of the Second Superseding Indictment, the United States hereby gives notice that, pursuant to 18 U.S.C. §§ 1963(a), 981(a)(1)(C), and 28 U.S.C. § 2461(c), upon conviction of the Defendant, the United States intends to seek forfeiture of, without limitation, the following:

a. $135,042.44 in U.S. currency seized from Bank of America account number ********4999 held in the name of Donna C. Heinel and another.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   /s/ *Carol E. Head*
       CAROL E. HEAD
       ERIC ROSEN
       Assistant United States Attorneys
       U.S. Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100
Dated: September 15, 2020       Carol.Head@usdoj.gov