UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 19-CR-10081 |
| GORDON ERNST, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DONNA HEINEL'S MOTION TO JOIN DEFENDANT JOVAN VAVIC'S SUPPLEMENTAL MOTION TO DISMISS AND MEMORANDUM IN SUPPORT OF SUPPLEMENTAL MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT**

Defendant Donna Heinel moves to join in section IV, B of Defendant Jovan Vavic's Supplemental Motion to Dismiss and Memorandum in Support of Supplemental Motion to Dismiss the Second Superseding Indictment (Dkt. Nos. 607, 608) in the above-captioned case. Mr. Vavic argues that the Court should dismiss the honest services fraud and federal programs bribery counts because "checks made payable to a university, and deposited into university accounts—that is, payments made to the purported "victim," which lack any "private gain" for [the defendant] —are not bribes as a matter of law." (Dkt. No. 608.) This argument applies equally to Dr. Heinel. Dr. Heinel respectfully requests that the Court strike all allegations in the Second Superseding Indictment of a quid pro quo arrangement between Dr. Heinel and William Rick Singer based on the receipt of checks made payable to the purported victim – USC. Undersigned counsel therefore wishes to advance the same arguments on Dr. Heinel's behalf and requests permission to join in the motion. No prejudice to the government would arise from the allowance of this motion.

//

Dated:  July 15, 2021               Respectfully submitted,

   /s/   *Nina Marino*
NINA MARINO
KAPLAN MARINO, P.C.
9454 Wilshire Blvd., Ste. 902
Beverly Hills, CA 90212
Telephone:  (310) 557-0007
marino@kaplanmarino.com
(Admitted *pro hac vice*)
Counsel for Dr. Donna Heinel

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I hereby certify that, pursuant to Rule 7.1(a)(2) of the Local Rules of the United States District Court of Massachusetts, counsel for Dr. Heinel conferred with counsel for the United States on July 14, 2021 regarding this motion, and Assistant United States Attorney Justin O'Connell informed us that the United States objects to the substance of the joinder but has no objection to Dr. Heinel joining Vavic's motion to dismiss.

   /s/   *Nina Marino*
NINA MARINO
Counsel for Dr. Donna Heinel

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on July 15, 2021.

   /s/   *Jennifer Lieser*
JENNIFER LIESER
Counsel for Dr. Donna Heinel