UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GORDON ERNST, et al,<br><br>        Defendant. | CRIMINAL NO.: 19-CR-10081-IT-MPK |

## MOTION TO MODIFY PROTECTIVE ORDER GOVERNING DOCUMENTS RECEIVED FROM USC

The undersigned respectfully requests that the Court modify the current protective order governing documents produced by USC to Defendant Heinel to permit Defendant Heinel to share such documents with Defendant Vavic in this case. The undersigned has consulted with USC regarding this Motion. USC consents to the relief requested on the condition that Defendant Vavic in this case is not provided with any documents covered by the protective order unless he signs the protective order and agrees to be governed by its terms.

Dated: September 3, 2021 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Nina Marino
　　　　　　　　　　　　　　　　　　　　　　NINA MARINO
　　　　　　　　　　　　　　　　　　　　　　(Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　JENNIFER LIESER
　　　　　　　　　　　　　　　　　　　　　　KAPLAN MARINO, P.C.
　　　　　　　　　　　　　　　　　　　　　　1546 N. Fairfax Avenue
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90046
　　　　　　　　　　　　　　　　　　　　　　Telephone: (310) 557-0007
　　　　　　　　　　　　　　　　　　　　　　marino@kaplanmarino.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Dr. Donna Heinel*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on September 3, 2021, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　　　/s/ Nina Marino