UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JOVAN VAVIC and DONNA HEINEL,<br><br>        Defendant. | CRIMINAL NO.: 19-CR-10081-IT-MPK |

## MOTION FOR LEAVE TO FILE REPLY
## IN SUPPORT OF JOINT MOTION TO SUPPRESS

Defendants Jovan Vavic and Donna Heinel respectfully move for leave to file a Reply, not to exceed 15 pages in length, in Support of the Joint Motion to Suppress "Consensual Wiretap" Recordings, by September 22, 2021.

As grounds for this motion, Vavic and Heinel submit that the Reply will respond to significant erroneous arguments advanced in the government's opposition (ECF No. 807), and thereby enhance the Court's full consideration of the issues relevant to the pending motion to suppress—which presents a matter of first impression, i.e. the lawfulness under 18 U.S.C. § 2511 of the government's use of the *carrier* to monitor the government's lead cooperator, Rick Singer's, phone for nearly five months *after the court order authorizing the carrier's wiretap expired*.

Moreover, the at-issue "consensual wiretaps" are critical—and now, it is clear—illegally-obtained electronic surveillance materials that should not be admitted at trial. Defendants would thus suffer severe prejudice if this evidence were admitted without this Court's full consideration of the issues relevant to the Motion to Suppress.

WHEREFORE, Defendants respectfully request that their motion for leave to file a Reply in Support of the Joint Motion to Suppress be GRANTED.

Dated: September 16, 2021

Respectfully submitted,

/s/ *Stephen G. Larson*
Stephen G. Larson
slarson@larsonllp.com
(Admitted *pro hac vice*)
Koren L. Bell
kbell@larsonllp.com
(Admitted *pro hac vice*)
Paul A. Rigali
prigali@larsonllp.com
(Admitted *pro hac vice*)
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
(213) 436-4888

Irwin B. Schwartz (BBO# 548763)
ischwartz@blaschwartz.com
Nicholas R. Cassie (BBO# 672698)
ncassie@blaschwartz.com
BLA Schwartz, PC
One University Ave., Suite 302B
Westwood, Massachusetts 02090
Phone: 781-636-5000
Fax: 781-636-5090

*Attorneys for Defendant Jovan Vavic*

*/s/ Nina Marino*
NINA MARINO
(Admitted *pro hac vice*)
JENNIFER LIESER
KAPLAN MARINO, P.C.
9454 Wilshire Blvd., Ste. 902
Beverly Hills, CA 90212
Telephone: (310) 557-0007
marino@kaplanmarino.com

*Counsel for Defendant Dr. Donna Heinel*

## RULE 7.1 CERTIFICATION

Undersigned counsel certifies that he conferred with the government. The government does not oppose the motion for leave to file a reply provided that the defense does not oppose a government motion to file a sur-reply.

                                              */s/ Stephen G. Larson*
                                              Stephen G. Larson

## CERTIFICATE OF SERVICE

I, Stephen G. Larson, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF, and paper copies will be sent to those indicated as non-registered participants on September 16, 2021.

                                              */s/ Stephen G. Larson*
                                              Stephen G. Larson