UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>DONNA HEINEL, et al.,<br><br>               Defendants. | CRIMINAL NO.: 19-CR-10081-IT |

## **UNOPPOSED MOTION TO ALLOW FOR REMOTE PROCEEDINGS**

Dr. Heinel by and through her counsel of record, NINA MARINO and JENNIFER LIESER and Jovan Vavic by and through his counsel of record, Stephen Larson, Koren Bell and Paul Rigali, respectfully request that this Court allow for remote proceedings for the hearing on pretrial motions set for Monday, October 4 at 3:30 p.m.

On August 10, 2021, this Court held an Initial Pretrial Conference and discussed trial logistics. It was decided at this hearing that defense counsel in California and elsewhere could appear remotely at the Final Pretrial Conference on November 8, 2021. Remote proceedings for earlier hearings were not discussed with this Court.

On August 30, 2021, this Court ordered a hearing on "any motion to dismiss, suppress, sever or other issues that must be resolved prior to trial" to be set for October 4, 2021. (Dkt. No. 783.)

On October 1, 2021, counsel learned that the October 4th hearing was scheduled to occur in person. Counsel were under the belief this hearing would also occur via remote proceedings and have not made travel arrangements. Defendants therefore respectfully request that this Court permit remote proceedings for the hearing scheduled on October 4, 2021.

The government takes no position on the requested relief.

//

//

//

| | |
|---|---|
| Dated: October 1, 2021 | Respectfully submitted, |

/s/ Nina Marino
NINA MARINO
(Admitted *pro hac vice*)
JENNIFER LIESER
KAPLAN MARINO, P.C.
1546 N. Fairfax Avenue
Los Angeles, CA 90046
Telephone: (310) 557-0007
marino@kaplanmarino.com

*Counsel for Defendant Dr. Donna Heinel*


/s/ Stephen Larsen
Stephen G. Larson (CA State Bar No. 145225)
slarson@larsonllp.com
(Admitted pro hac vice)
Koren L. Bell (CA State Bar No. 268614)
kbell@larsonllp.com
(Admitted pro hac vice)
Paul A. Rigali (CA State Bar No. 262948)
prigali@larsonllp.com
(Admitted pro hac vice)
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, California 90071 (213) 436-4888

Irwin B. Schwartz (BBO# 548763)
ischwartz@blaschwartz.com
Nicholas R. Cassie (BBO# 672698)
ncassie@blaschwartz.com
BLA Schwartz, PC
One University Ave., Suite 302B
Westwood, Massachusetts 02090
Phone: 781-636-5000 - Fax: 781-636-5090

*Counsel for Defendant Jovan Vavic*

**COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

Undersigned counsel conferred with counsel for the government and the government, by and through AUSA Kriss Basil, takes no position on the requested relief.

                                                     /s/   Nina Marino
                                                   NINA MARINO
                                                   Counsel for Dr. Donna Heinel

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 1, 2021.

                                                     /s/   Jennifer Lieser
                                                   JENNIFER LIESER
                                                   Counsel for Dr. Donna Heinel