UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  v. )<br>)<br>DONNA HEINEL, *et al.*, )<br>)<br>  Defendants. )<br>) | Criminal No. 19-CR-10081 |

**DEFENDANT DONNA HEINEL'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OR ARGUMENT THAT STUDENTS AT PRIVATE HIGH SCHOOLS DO NOT NEED PRIVATE COLLEGE COUNSELORS**

Defendant Dr. Heinel hereby moves this Court for an order to exclude evidence or argument that students at private high schools do not need to retain outside, private college counselors. Not only is such evidence irrelevant to charged conduct, but any probative value it may have would be substantially outweighed by the danger of unfair prejudice, confusion of the issue and would be misleading to the jury. Fed. R. Evid. §§ 401, 402, 403.

Dated: October 5, 2021                                      Respectfully submitted,

   */s/   Nina Marino*
NINA MARINO
JENNIFER LIESER
KAPLAN MARINO, P.C.
9454 Wilshire Blvd., Ste. 902
Beverly Hills, CA 90212
Telephone:  (310) 557-0007
marino@kaplanmarino.com
lieser@kaplanmarino.com
(Admitted *pro hac vice*)
Counsel for Dr. Donna Heinel

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 5, 2021.

                                                          /s/   *Jennifer Lieser*
                                                       JENNIFER LIESER
                                                       Counsel for Dr. Donna Heinel