UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONNA HEINEL, et al.,<br><br>Defendants | No. 19-cr-10081-IT |

**GOVERNMENT'S RESPONSE TO COURT ORDER (ECF NO. 884)**

In response to the Court's Order of October 13, 2021 (ECF No. 884), the United States submits the attached Declaration of Special Agent Laura Smith, with Exhibits A and B.

Exhibit A is a fax cover sheet sent to AT&T on September 28, 2018 with the letter signed by a now-former Assistant U.S. Attorney and the consent form signed by William "Rick" Singer and his attorney on September 27, 2018.

Exhibit B is a receipt confirmation from AT&T showing that the fax was received by AT&T on September 28, 2018.

As detailed in the Declaration, Special Agent Smith was present at the meeting with Singer in Sacramento, California, when Singer and his attorney signed the consent form. Special Agent Smith sent the signed consent form, dated September 27, 2018, and the letter, dated September 20, 2018, from Sacramento to the FBI Field Office in Boston, Massachusetts. In order to respond to the Court's inquiry, Special Agent Smith reviewed the FBI records attached to her Declaration.

Based on the records and the Declaration, the Court now has evidence showing that AT&T received the consent form and the letter on September 28, 2018, while the court-ordered

30-day wiretap[1] was still in effect and operational, *i.e.*, before any interceptions were performed pursuant to 18 U.S.C. § 2511(2)(c).

At the hearing on October 4, 2021, the Court also asked the government about whether the letter at issue has been routinely used.  The Declaration clarifies that the letter to AT&T is a form letter that has been in use by AT&T and the FBI for years prior to this investigation.  The language in the letter does not result from an interaction between the U.S. Attorney's Office for the District of Massachusetts and AT&T in this case.

The United States provides this supplement to the Court to address the specific issue in the Court's Order of October 13, 2021.  Should the Court require additional information, the government respectfully requests that Court identify that information and allow the government an opportunity to address the Court's concerns.

        Respectfully submitted,

        NATHANIEL R. MENDELL
        Acting United States Attorney

By:    /s/Kriss Basil
       KRISTEN A. KEARNEY
       LESLIE A. WRIGHT
       KRISS BASIL
       Assistant United States Attorneys

---

[1] Order entered August 30, 2018.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/Kriss Basil
KRISS BASIL
Assistant United States Attorney