UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 19-CR-10081 |
| DONNA HEINEL, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DR. HEINEL MOTION TO RESTICT ACCESS TO CASE PARTICPANTS ONLY OF ALL EXHIBITS TO OPPOSITION ECF FILED AS DKT. NO. 924**

Dr. Heinel respectfully requests that the Court restrict access to all exhibits filed in connection with the Opposition to the government's Motion in Limine to Preclude Irrelevant Evidence Concerning Uncharged Third Parties (Dkt. No. 924). The reason for this request is that, although accidental, an identifier was not properly redacted in an exhibit and in an abundance of caution to avoid uncharged third parties' identities being disclosed, Dr. Heinel believes the best course of action for this filing is for all exhibits to remain restricted.

Dated:  October 20, 2021                   Respectfully submitted,

                                            /s/   Nina Marino
                                           NINA MARINO
                                           JENNIFER LIESER
                                           KAPLAN MARINO, P.C.
                                           9454 Wilshire Blvd., Ste. 902
                                           Beverly Hills, CA 90212
                                           Telephone:  (310) 557-0007
                                           marino@kaplanmarino.com
                                           lieser@kaplanmarino.com
                                           (Admitted *pro hac vice*)
                                           Counsel for Dr. Donna Heinel

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 20, 2021.

                          /s/ *Jennifer Lieser*
                          JENNIFER LIESER
                          Counsel for Dr. Donna Heinel