UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DONNA HEINEL, *et al.*, )<br>)<br>Defendants. )<br>) | Criminal No. 19-CR-10081 |

**DEFENDANT HEINEL'S MOTION FOR LEAVE TO FILE EX PARTE AND UNDER SEAL**

Defendant Dr. Heinel respectfully moves for leave to file ex parte and under seal a Motion for Clarification Re: Order Granting with Modification Rule 17(c) Pretrial Subpoena. (Dkt. No. 905.) Filings regarding this subpoena have been filed ex parte and under seal so as not to disclose defense strategy.

Dated:  October 22, 2021               Respectfully submitted,


                                        */s/    Nina Marino*
                                       NINA MARINO
                                       JENNIFER LIESER
                                       KAPLAN MARINO, P.C.
                                       1546 N. Fairfax Avenue
                                       Los Angeles, CA 90046
                                       Telephone:  (310) 557-0007
                                       marino@kaplanmarino.com
                                       lieser@kaplanmarino.com
                                       (Admitted *pro hac vice*)
                                       Counsel for Dr. Donna Heinel

1

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 22, 2021.

                                                /s/ *Jennifer Lieser*
                                                JENNIFER LIESER
                                                Counsel for Dr. Donna Heinel