UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>DONNA HEINEL, et al.,<br><br>           Defendants. | CRIMINAL NO.: 19-CR-10081-IT |

**DR. HEINEL MOTION FOR CERTAIN EXHIBITS TO DEFENDANTS' OPPOSITION FILED AT DKT. NO. 924 TO REMAIN SEALED**

Dr. Heinel by and through her counsel of record, NINA MARINO and JENNIFER LIESER respectfully moves to supplement her Motion to Restrict Access to Case Participants Only of All Exhibits to Opposition (Dkt. No. 925) and for an Order permanently sealing the following exhibits filed in connection with Defendants' Opposition at Dkt. No. 924.

- Exhibit G
- Exhibit Q
- Exhibit R

The reason for this request is that a portion or all of the documents contained within the above Exhibits were received via a subpoena to USC which was governed by its own protective order ECF filed at Dkt. No. 654 which does not allow for public filing of any of the responsive documents. (Ex. A, USC Protective Order.) Counsel will promptly provide the clerk with appropriately redacted exhibits for the non-identified exhibits for public filing.

For the foregoing reasons, Dr. Heinel requests the Court order the above-identified exhibits to remain sealed.

Dated: October 22, 2021                              Respectfully submitted,

                                                               */s/ Nina Marino*
NINA MARINO
(Admitted *pro hac vice*)
JENNIFER LIESER
KAPLAN MARINO, P.C.
1546 N. Fairfax Avenue
Los Angeles, CA 90046
Telephone:  (310) 557-0007
marino@kaplanmarino.com

*Counsel for Defendant Dr. Donna Heinel*

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 22, 2021.

                                                       */s/   Jennifer Lieser*
JENNIFER LIESER
Counsel for Dr. Donna Heinel