UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DONNA HEINEL, et al.,<br><br>　　　　　Defendants. | CRIMINAL NO.: 19-CR-10081-IT |

**ASSENTED TO MOTION TO ALLOW FOR REMOTE PROCEEDINGS**

　　　Dr. Heinel by and through her counsel of record, NINA MARINO and JENNIFER LIESER, respectfully requests that this Court allow for remote proceedings for the Hearing on the Motions *in Limines* on October 29, 2021 at 2:30 p.m. and for the final Status Conference on November 8, 2021 at 3:15p.m.

　　　On August 10, 2021, this Court held an Initial Pretrial Conference and discussed trial logistics. It was decided at this hearing that defense counsel in California and elsewhere could appear remotely at the Final Pretrial Conference on November 8, 2021. Remote proceedings for earlier hearings were not discussed with this Court.

　　　Since counsel for Dr. Heinel is located in California and is CJA appointed, Dr. Heinel respectfully requests that this Court allow appearances to be conducted remotely.

　　　The government takes no position on the requested relief.


//
//
//

Dated: October 25, 2021					Respectfully submitted,

							*/s/ Nina Marino*
							NINA MARINO
							(Admitted *pro hac vice*)
							JENNIFER LIESER
							KAPLAN MARINO, P.C.
							1546 N. Fairfax Avenue
							Los Angeles, CA 90046
							Telephone:  (310) 557-0007
							marino@kaplanmarino.com

							*Counsel for Defendant Dr. Donna Heinel*

## COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

Undersigned counsel conferred with counsel for the government and the government, by and through AUSA Kriss Basil, takes no position on the requested relief.

							 /s/   Nina Marino
							NINA MARINO
							Counsel for Dr. Donna Heinel

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 25, 2021.

							 /s/   Jennifer Lieser
							JENNIFER LIESER
							Counsel for Dr. Donna Heinel