UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DONNA HEINEL,<br><br>Defendant | No. 1:19-CR-10081-IT |

STIPULATION REGARDING TESTIMONY OF
DEPARTMENT OF EDUCATION SPECIAL AGENT MARK DECKETT

The parties hereby stipulate and agree that, if called to testify, Mark Deckett, Resident Agent in Charge of the Boston Field Office for the Department of Education Office of Inspector General, would testify that:

1. A Pell grant is a form of federal financial assistance that the United States government provides for the benefit of undergraduate students that are attending certain eligible universities. The federal government provides the funds for Pell grants, which do not need to be repaid, directly to universities to cover costs like tuition, room and board, and academic costs like books. Participating universities sign program participation agreements with the government in which they agree to abide by certain regulations about how the Pell grant funds are to be used.

2. The Department of Education maintains records in the course of its regularly conducted activity regarding the amount of Pell grants awarded to each participating university. These records are made at or near the time Pell grants are awarded by someone with knowledge of the awards. It is the regular practice of the Department of Education to make these records.

3. Special Agent Deckett reviewed the Department of Education's records regarding Pell grant awards for years 2007 through 2020 and prepared a chart summarizing those records

with respect to the Pell grants awarded to the University of Southern California for the years 2007 through 2020. That chart is Exhibit 688.

4.  In any one-year period between 2007 and 2020, the University of Southern California received Pell grants in excess of $10,000.

The parties further agree that Exhibit 688 shall be deemed a summary chart in accordance with Federal Rule of Evidence 1006.

| | |
|---|---|
| NATHANIEL R. MENDELL<br>Acting United States Attorney | DONNA HEINEL<br>Defendant |
| By: /s/<br>    KRISTEN A. KEARNEY<br>    LESLIE A. WRIGHT<br>    KRISS BASIL<br>    Assistant United States Attorneys | By: /s/<br>    NINA MARINO *(pro hac vice)*<br>    JENNIFER LIESER *(pro hac vice)*<br>    Kaplan Marino, P.C. |

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

By:   /s/ Leslie A. Wright
      LESLIE A. WRIGHT
      Assistant United States Attorney