UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>DONNA HEINEL,    )<br>)<br>Defendant    ) | Criminal No. 19-10081-IT |

JOINT MOTION TO CONTINUE SENTENCING

The parties hereby respectfully request that the Court continue the date of sentencing, which is currently scheduled for March 11, 2022, to June 10, 2022, or a date thereafter that is convenient to the Court. As grounds for this request, the parties state that the current sentencing date is during the trial of co-defendant Jovan Vavic, which is set to begin on March 8, 2022, before this Court; and that counsel for Dr. Heinel will be engaged in trial in the Central District of California from April 12, 2022 through approximately the end of May 2022 (*see United States v. Carrico et al.*, Case No. 18-cr-00120-JLS (C.D.C.A.)). The parties further request that the Court's procedural order regarding the defendant's sentencing hearing (Dkt. 991), including the dates for disclosure of the presentence report, be amended in accordance with the Court's order on this motion.

| | |
|---|---|
| RACHAEL S. ROLLINS<br>United States Attorney | DONNA HEINEL<br>Defendant |
| By: */s/ Leslie A. Wright*<br>KRISTEN A. KEARNEY<br>LESLIE A. WRIGHT<br>KRISS BASIL<br>Assistant United States Attorneys | By: */s/ Jennifer Lieser*<br>NINA MARINO *(pro hac vice)*<br>JENNIFER LIESER *(pro hac vice)*<br>Kaplan Marino, P.C. |

1

CERTIFICATE OF SERVICE

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

                              By:    */s/ Leslie A. Wright*
                                       LESLIE A. WRIGHT
                                       Assistant United States Attorney