AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) |
| Donna Heinel | ) Case No.   1:19-cr-10081-IT-2 |
|  | ) |
|  | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

❐ Indictment   ❐ Superseding Indictment   ❐ Information   ❐ Superseding Information   ❐ Complaint
❐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ❐ Violation Notice   ❐ Order of Court

| Place: | U.S.District Court for the District of MA<br>John Joseph Moakley U.S. Courthouse,<br>1 Courthouse Way, Boston MA | Courtroom No.: 9 |
|---|---|---|
|  |  | Date and Time: 11/29/2022 10:00 am |

This offense is briefly described as follows:
Violation(s) of Conditions of Pretrial Release.

Date: 11/23/2022

/s/ Danielle Kelly
*Issuing officer's signature*

Danielle Kelly, Deputy Clerk
*Printed name and title*

I declare under penalty of perjury that I have:

❐ Executed and returned this summons    ❐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*